# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Raul MEJIA,<br><br>Defendant. | Case No.: **17CR0809-CAB**<br><br>**FINDINGS OF FACT AND ORDER OF DETENTION** |

In accordance with Title 8 U.S.C. § 3142(f) of the Bail Reform Act of 1984 (18 U.S.C. § 3141, et seq.), a detention hearing was held on April 18, 2017, to determine whether defendant Raul MEJIA, should be held in custody pending trial on the grounds that he is a flight risk. Assistant U.S. Attorney Seth Gagliardi appeared on behalf of the United States. Attorney Eric Beaudikofer specially appeared for counsel George Siddell on behalf of the Defendant.

Based on the evidence proffered by the United States and Defendant, the Pretrial Services report, and the Indictment issued against Defendant on March 31, 2017, by the U.S. District Court for the Southern District of California, the Court concludes that the following facts establish by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of Defendant required.

# I
# **FINDINGS OF FACT**

A. <u>Nature and Circumstances of the Offense Charged (18 U.S.C. §3142(g)(1)</u>:

    1.    An Indictment was issued in the Southern District of California, Criminal Case No.: 17CR0809-CAB, charging Defendant with two counts of the following:

Count 1: Title 18 U.S.C., Section 922(g)(1)
> The Defendant knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a Stoeger Cougar .40 calibar handgun bearing serial number T629-09D001357.

Count II: Title 18 U.S.C. 924(d) and Title 28 U.S.C. § 2461(c) Criminal Forfeiture
> The Defendant shall forfeit to the United States, all firearms and ammunition involved in the commission of the offense, including but not limited to the following: a Stoeger Cougar .40 caliber handgun bearing serial number T629-09D001357, approximately eleven rounds of .40 caliber ammunition; and approximately thirty rounds of .32 caliber ammunition.

    2.    The offense carries with it a potential sentence of 10 years. See, 18 U.S.C. § 924 (a)(2).

    B.    <u>Weight of the Evidence Against the Defendant (18 U.S.C. § 3142(g)(2))</u>:

The Indictment issued in the Southern District of California alleges the following:

Count 1: Title 18 U.S.C., Section 922(g)(1)
> The Defendant knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a Stoeger Cougar .40 calibar handgun bearing serial number T629-09D001357.

2

Count II: Title 18 U.S.C. § 924(d) and Title 28 U.S.C. § 2461(c) Criminal Forfeiture
The Defendant shall forfeit to the United States, all firearms and ammunition involved in the commission of the offense, including but not limited to the following: a Stoeger Cougar .40 caliber handgun bearing serial number T629-09D001357, approximately eleven rounds of .40 caliber ammunition; and approximately thirty rounds of .32 caliber ammunition.

C. History and Characteristics of the Defendant (18 U.S.C. § 3142(g)(3)):

1. The Defendant is a United States citizen.
2. The Defendant resides in Calexico, CA.

D. Nature and Seriousness of Danger Posed by Release (18 U.S.C. § 3142(g)(4)):

1. The Government did not proffer evidence to suggest that release of Defendant would pose a danger to the community. The Defendant has the following criminal history:

| Date | Offense | Sentence |
|---|---|---|
| 04/13/92 | PC 245 (a)(1) – ADW not Firearm: GBI Likely (M) PC 459 – 2nd Degree Burglary (M) | 240 days jail, 36 mos prob |
| 07/26/95 | H&S 11550 (A) – Use/Under Influence of Controlled Substance (M) | 90 days' jail, 240 days probation |
| 05/24/99 | H&S 11360 (A) – Poss/Sell/Furnish MJ (F) | 365 days jail, 36 mos probation |
| 07/03/03 | H&S 11377 (A) – Use/Under Influence of Controlled Substance (M) | 36 mos probation |
| 08/28/03 | H&S 11377 (A) – Use/Under Influence of Controlled Substance (M) | 2 years prison |
| 09/30/05 | PC12021(A)(1) – Felon in Possession | 2 years |

|   |   |   |
|---|---|---|
|   |   | Prison |
| 08/30/07 | Multiple Count State RICO indictment for Assault with firearm, attempt muder, kidnapping Extortion | 13 years Prison |

## II

## **REASONS FOR DETENTION**

A. There is probable cause to believe that the Defendant committed the offenses charged in the Southern District of California, Criminal Number 17CR0809-CAB.

B. The Defendant faces a substantial period of time in custody if convicted of the offenses charged in the Indictment. Specifically, he faces a potential term of 10 years. He therefore has a strong motive to flee.

C. Thus, the Court finds that the Government has sustained its burden of demonstrating, by a preponderance of the evidence, that the Defendant is a risk of flight and that there are no conditions or combination of conditions that it could set that would ensure Defendant's appearance for future court appearances.

D. The Southern District of California is best suited to determine if there are any conditions that can be set to ensure Defendant's appearance.

II

ORDER

IT IS HEREBY ORDERED that the Defendant be detained pending trial in this matter.

IT IS FURTHER ORDERED that the Defendant be committed to the custody of the Attorney General or her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded reasonable opportunity for private consultation with counsel.

While in custody, upon order of a court of the United States or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver

the Defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to by defense and government counsel.

THIS ORDER IS ENTERED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DATED: 4-26-2017

HON. PETER C. LEWIS
U.S. MAGISTRATE JUDGE

Prepared by:

ALANA W. Robinson
Acting United States Attorney

SETH C. GAGLIARDI
Assistant U.S. Attorney

cc: Holly A. Sullivan
    Counsel for Defendant